No. 6179.—Marxuach Plumey, apldo., *v.* Sucesión de Nin Martínez, etc., aplte.—C. D. San Juan. ▇▇▇▇▇▇▇ Noviembre 16, 1932.

(Por la corte, a propuesta del Juez Asociado Sr. Hutchison.)

Vista la moción que antecede con la sola asistencia de la parte promovente; apareciendo que la parte apelante no ha hecho gestión ninguna desde mayo 13, 1932, fecha en que solicitó la reconsideración de una orden de la corte de distrito sobre enmiendas a una exposición del caso, se declara con lugar la dicha moción y se desestima la apelación interpuesta contra la resolución dictada por la Corte de Distrito de San Juan el 31 de octubre de 1929, aprobando un memorándum de costas.

No. 5949.—Campos del Toro, apldo., *v.* Collazo et al., apltes.—C. D. Arecibo. ▇▇▇▇▇▇▇ Noviembre 22, 1932.

Por cuanto, el presente recurso de apelación se estableció en 18 de enero de 1932, habiéndose radicado la transcripción de evidencia ante este Tribunal el día 7 de junio del mismo año;

Por cuanto, hasta el día de hoy el apelante no ha radicado su alegato ante esta Corte ni ha solicitado prórroga para la radicación del mismo, ni ha hecho gestión ante este Tribunal para proseguir el recurso de apelación con la diligencia que se requiere en los casos ordinarios y especialmente en el presente caso, en que se trata de un recurso de naturaleza especial y rápida como es la acción de desahucio;

Por tanto, vista la ley, el reglamento y la jurisprudencia aplicable, se desestima por abandono el recurso de apelación interpuesto.

No. 6196.—Schlüter, apldo., *v.* González Reyes, aplte.—C. D. Humacao. ▇▇▇▇▇▇▇ Noviembre 22, 1932.

(Por la corte, a propuesta del Juez Asociado Sr. Hutchison.)

Vista la moción que antecede, se desestima por abandono y falta de fianza la apelación interpuesta contra la sentencia dictada por la Corte de Distrito de Humacao.